RECEIVED

NOV 1 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAROLYN BARNES, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF WILLIE BARNES | MISC. CASE NO. 16-mc-45 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Carolyn Barnes, as Representative and Derivative; and Taquet Barnes, Andrea Ardoin, Dr. Nathaniel Barnes, Dr. Lorraine Barnes, Michael Barnes, Karl Barnes, Daniel Barnes and Willie Barnes, Jr., as Derivative Claimants, of the Estate of Willie Barnes, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE